# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>        Plaintiffs,<br><br>   v.<br><br>TBDX, INC. DBA XBLOOM<br><br>        Defendant. | Civil Action No. 2:25-cv-00233 |

## NOTICE OF SETTLEMENT

Plaintiff Roosevelt Bradley hereby advises this Honorable Court that he has reached an agreement in principle with Defendant TBDX, Inc. dba XBloom, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: July 15, 2025                                Respectfully Submitted,

                                                     /s/  Benjamin J. Sweet
                                                    Benjamin J. Sweet
                                                    ben@nshmlaw.com
                                                    **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                                    101 Pennsylvania Boulevard, Suite 2
                                                    Pittsburgh, Pennsylvania 15228
                                                    Phone: (412) 857-5350

                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 15th day of July, 2025.

                                                        */s/ Benjamin J. Sweet*  
                                                         Benjamin J. Sweet