**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>TBDX INC. DBA XBLOOM<br><br>                    Defendant. | Civil Action No. 2:25-cv-00233 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.     Whereas Plaintiff Roosevelt Bradley filed the above-referenced case against Defendant TBDX Inc dba Xbloom on May 20, 2025.

2.     Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.     Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: July 31, 2025                    Respectfully Submitted,

                                       */s/ Benjamin Sweet*
                                       Benjamin J. Sweet
                                       ben@nshmlaw.com
                                       **NYE, STIRLING, HALE, MILLER, &**
                                       **SWEET LLP**
                                       101 Pennsylvania Boulevard, Suite 2
                                       Pittsburgh, PA 15228

                                       *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the

ECF system and will be sent electronically to the registered participants as identified on the Notice

of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 31st

day of July, 2025.

   */s/ Benjamin J. Sweet*
   Benjamin J. Sweet